UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR CLEMENS, JR., <br><br> Plaintiff, <br><br> v. <br><br> QWEST CORPORATION, a Colorado Corporation and a wholly-owned subsidiary of CenturyLink, Inc., <br><br> Defendant. | NO. C13-1793-JPD <br><br> ORDER GRANTING STIPULATED MOTION FOR RELEASE OF SUPERSEDEAS BOND |

This matter comes before the Court upon Defendant Qwest Corporation and Plaintiff Arthur Clemens, Jr.'s stipulated motion to release the supersedeas bond posted by Qwest on February 24, 2015 in the amount of $952,500.00. Dkt. 168. This bond was posted to obtain a stay of execution of the judgment pending resolution of the appeal. Dkt. 143. Qwest has now satisfied the judgment by paying Plaintiff in full all amounts owing on the judgment.

All parties to this action have agreed that the bonds are no longer required, and should be fully and unconditionally discharged to release and exonerate the surety Liberty Mutual Surety from any and all past, present, and future liability in connection with the issuance of the bond. IT IS SO ORDERED.

//

//

ORDER - 1

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 6th day of February, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2