UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR CLEMENS, JR.,

    Plaintiff,

v.

QWEST CORPORATION, a Colorado Corporation and a wholly-owned subsidiary of CenturyLink, Inc.,

    Defendant.

NO. C13-1793-JPD

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' stipulated motion to dismiss this civil action with prejudice. Dkt. 169. Having reviewed the parties' motion, governing law, and the balance of the record, the Court GRANTS the parties' stipulated motion to dismiss all claims in this matter with prejudice and without an award of attorneys' fees or costs to any party.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 6th day of February, 2018.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 1